UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL STAADT,**<br><br>Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;** and **DOES 1 through 10, inclusive,**<br><br>Defendant. | Civil Action No.:<br>1:13-cv-01077<br><br>NOTICE OF SETTLEMENT<br><br>Judge: Hon. Sharon Johnson Coleman |

Plaintiff, MICHAEL STAADT, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: May 2, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk
Peter Cozmyk, Esq. (Ohio Bar # 0078862)
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd.
Suite 200, Room #209
Independence, OH 44131
pcozmyk@hotmail.com
P: 440-292-7672

*Attorney for Plaintiff,*
*Michael Staadt*

1