## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Michael Staadt

                          Plaintiff,

v.                                                      Case No.: 1:13−cv−01077
                                                        Honorable Sharon Johnson Coleman

Performant Recovery, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2013:

      MINUTE entry before Honorable Sharon Johnson Coleman: Plaintiff has advised the court that the case has settled. In light of the settlement, the case is dismissed without prejudice with leave to reinstate within 40 days. After 40 days, if no motion to reinstate is filed, the dismissal will automatically convert to one with prejudice. Status hearing set to 5/3/2013 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.